UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                -Against-

CARLOS LAUREANO,

                      Defendant.
-----------------------------------------------------------x

22cr58

PAUL A. CROTTY: United States District Judge:

       It is hereby ORDERED that the Essex County Correctional Facility in Newark, New Jersey shall permit Inmate Carlos Laureano (Carlos Loreano – Booking # 2022000407) to review discovery and conduct research in the law library for no less than fifteen (15) hours per week.

SO ORDERED.

_____
HONORABLE PAUL A. CROTTY

United States District Judge
September 21, 2023
New York, New York