UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                            :

USA,                                                 :

                 -v-                                  :                      22-CR-58-1 (LJL)

                                                   :

CARLOS LAUREANO,                         :

                                                :                        ORDER
                           Defendant.         :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The parties are given notice that the Court is considering a substantial upward variance from the Guidelines sentence.

      SO ORDERED.

Dated: April 16, 2024
       New York, New York                                  LEWIS J. LIMAN
                                           United States District Judge