LAW OFFICE OF
# MICHAEL K. BACHRACH
224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001
--------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH \*  
\* admitted in N.Y., MN and D.C.

http://www.mbachlaw.com  
michael@mbachlaw.com

April 20, 2024

**By ECF**

**REQUEST GRANTED IN PART.**
**The Sentencing hearing previously set for April 23, 2024 is RESCHEDULED to May 23, 2024 at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.**

The Hon. Lewis J. Liman  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

4/22/2024   SO ORDERED.
LEWIS J. LIMAN
United States District Judge

*Re: United States v. Laureano, et al.,*
*22 Cr. 58 (LJL)*

Dear Judge Liman:

We represent Defendant Carlos Laureano in the above-referenced matter and write to respectfully request an adjournment of Mr. Laureano's sentencing hearing in light of this Court's Order, dated, April 16, 2024 (Doc. No. 67), which provided notice that "the Court is considering a substantial upward variance from the Guidelines sentence," and in turn from the sentence recommended by the Probation Department.

In light of the Court's Order, the defense needs more time to prepare for sentencing. Additionally, due to a lockdown at Mr. Laureano's place of detention, we have learned that he has been without access to any of his legal materials, including the parties' sentencing memorandum, which he too needs time to review prior to sentencing.

Mr. Laureano's sentencing is presently scheduled for **Tuesday, April 23, 2024, at 11:30 a.m.** To also avoid scheduling conflicts that counsel have related to other cases in May, we respectfully request an adjournment to the week of June 3, 2024, or as soon thereafter as is convenient to the Court.

Thank you for your time and consideration.

Yours sincerely,

Michael K. Bachrach  
Elizabeth E. Macedonio  
*Attorneys for Defendant Carlos Laureano*

cc  AUSA Christopher Clore  
    AUSA Rushmi Bhaskaran